IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:16-CR-0108-04**
:
:
**v.** :
:
:
**MICHAEL HERMAN** : **Judge Sylvia H. Rambo**

**O R D E R**

AND NOW, this 30th day of May, 2019, **IT IS HEREBY ORDERED** that

the § 2255 Petition (Doc. 639) is **DISMISSED** with prejudice, and that the requests

for a hearing and appointment of counsel are denied. The court declines to issue a

certificate of appealability for the reasons stated in the accompanying memorandum.


s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge